# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Landry's LLC, et al.

v.  Case Number: 4:23–cv–01229

Houston Interactive Aquarium & Animal Preserve LLC, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/2/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   May 12, 2023                                                                Nathan Ochsner, Clerk