UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDRY'S LLC AND LANDRY'S TRADEMARK INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>HOUSTON INTERACTIVE AQUARIUM & ANIMAL PRESERVE, LLC, CRYSTAL COVINO, and AMMON COVINO,<br><br>*Defendants*. | Civil Action No. 4:23-cv-1229 |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendants HOUSTON INTERACTIVE AQUARIUM & ANIMAL PRESERVE, LLC, CRYSTAL COVINO, and AMMON COVINO file this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and this Certificate of Interested Parties as required by the Court's Order of April 4, 2023.

### CORPORATE DISCLOSURE STATEMENT

Defendants state that they are nongovernmental corporate parties.

Houston Interactive Aquarium & Animal Preserve, LLC is a Texas limited liability company. No publicly traded company owns more than 10% of its stock.

### CERTIFICATE OF INTERESTED PARTIES

Defendants identify the following individuals, corporations, and firms that may have a financial interest in the outcome of this case (any publicly traded company is underlined):

1. Houston Interactive Aquarium & Animal Preserve, LLC
2. Crystal Covino

3. Ammon Covino

4. Entities identified by Plaintiff at Dkt. 10.

Dated: June 9, 2023						THE FOWLER LAW FIRM, P.C.

							*/s/ Michael J. Smith*
							Michael J. Smith
							Texas State Bar No.24037517
							3301 Northland Drive, Suite 101
							Austin, Texas 78731
							Telephone: 512.441.1411
							Facsimile: 512.469.2975
							Email: msmith@thefowlerlawfirm.com
							*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on June 9, 2023, I electronically filed the foregoing with this Court using the CM/ECF system, which will send notification to counsel for all other parties.

							*/s/ Michael J. Smith*
							Michael J. Smith